**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos Ernesto ARIAS, aka Carlos Queida, Defendant–Appellant.**

**No. 02–50116.**

**D.C. No. CR–98–00007–RMT–2.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 17, 2003.

Elana Shavit Artson, Esq., Miriam A. Krinsky, AUSA, Los Angeles, CA, for Plaintiff–Appellee.

Stephen Lathrop, Torrance, CA, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Carlos Ernesto Arias appeals his 97–month sentence for one count of witness intimidation, in violation of 18 U.S.C. § 1512(b). Arias's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record on the ground that he failed to discover any arguable issues on appeal. Arias has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issues. We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

